Dr. Ajay SINGHAL, Plaintiff–
Appellant,

v.

MENTOR GRAPHICS
CORPORATION, Defendant–Appellee.

No. 2008–1330.

United States Court of Appeals,
Federal Circuit.

May 20, 2008.

George S. Trevor, Corte Madera, CA, for Plaintiff–Appellant.

Dr. Ajay Singhal, Los Altos, CA, pro se.

Matthew C. Phillips, Stoel Rives LLP, Portland, OR, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Keith Russell JUDD, Plaintiff–
Appellant,

v.

The UNIVERSITY OF NEW MEXICO
and Albuquerque Police Department,
Defendants–Appellees.

No. 2008–1360.

United States Court of Appeals,
Federal Circuit.

May 20, 2008.

Keith Russell Judd, Beaumont, TX, pro se.

Cynthia A. Braun, Simone, Roberts & Weiss, Albuquerque, NM, for Defendants–Appellees.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.